[No. 63318-0-I.   Division One.   February 8, 2010.]

CHRISTOPHER A. WODJA, *Appellant*, v. THE DEPARTMENT OF
HEALTH, DENTAL QUALITY ASSURANCE
COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-08551-1, Richard D. Eadie, J., entered April 14, 2009. *Affirmed* by unpublished opinion per Lau, J., concurred in by Grosse and Becker, JJ.

[No. 63409-7-I.   Division One.   February 8, 2010.]

CITIBANK SOUTH DAKOTA, NA, *Respondent*, v. ANDREW D.
MACHLEID, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-2-35994-0, Susan J. Craighead, J., entered March 27, 2009. *Affirmed* by unpublished opinion per Dwyer, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 37413-7-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN EDWARD
REKDAHL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01737-6, Robert A. Lewis, J., entered February 21, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.

[No. 37714-4-II.   Division Two.   February 9, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY JEROME
JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 07-1-00150-1, Nelson E. Hunt and James W. Lawler, JJ., entered May 7, 2008. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Houghton and Hunt, JJ.